CORA L. HART, Appellant, v. HERCULES THEATRE CORP., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of EDNA BARR and Others, Appellants, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents; ALGON REALTY CORPORATION, Intervenor, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of Supplementary Proceedings: ANNA BENDER, Judgment Creditor, Appellant, v. ROSE KOLBER, Judgment Debtor; MOSES KOLBER, Also Known as MORRIS KOLBER, Judgment Debtor, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of VALENTINE J. McMANUS, Appellant, for Separate Payment by the Treasurer of THE CITY OF NEW YORK Pursuant to Resolution of the Board of Estimate Adopted March 9, 1939, of a Refund, etc., Which Payment Was Made Out of the Award Made for Parcels No. 77 to 80, Inclusive, on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit in This Proceeding to Acquire Title to Jay Street, etc., Borough of Brooklyn, City of New York. TREASURER OF THE CITY OF NEW YORK and EMIGRANT INDUSTRIAL SAVINGS BANK, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Probate of the Last Will and Testament of ESTHER HULL TREMAIN, Deceased, as a Will of Real and Personal Property. BANK OF NEW YORK AND TRUST COMPANY (Now BANK OF NEW YORK), as Executor, etc., Respondent; HENRY H. JACKSON and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JOHN M. JACKSON, Individually and as Administrator, etc., of LEOPOLD JACKSON, Deceased, and as Assignee of MORRIS JACKSON and Others, Appellant, v. ABRAM A. WEIGERT, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

BIGTASH METLI, an Infant, by HYSEN METLI, His Guardian ad Litem, and HYSEN METLI, Individually, Respondents, v. SAMPSON BROADWIN, Appellant.— Motion for leave to appeal to the Appellate Division and to prosecute appeal as a poor person denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JEWEL MILLS, Respondent, v. JACOB J. GABRIEL, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HAROLD G. MOODY, Doing Business under the Trade Name and Style of MOODY BRICK & CLAY COMPANY, Respondent, v. TOMASELLO CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.